## EULER & ROBESON v. UNITED STATES.

### (Circuit Court. S. D. New York. May 28, 1906.)

### No. 4,149.

CUSTOMS DUTIES — CLASSIFICATION — FLORAL WATERS — MEDICINAL PREPARATIONS.

> Orange-flower water and rose water are not dutiable as medicinal preparations under paragraph 68. Tariff Act July 24, 1897, c. 11, § 1, Schedule A, 30 Stat. 154 [U. S. Comp. St. 1901, p. 1631] but as unenumerated manufactured articles under section 6 of said act, 30 Stat. 205 [U. S. Comp. St. 1901, p. 1693].

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision in question related to goods imported at the port of New York, which consisted of the floral waters orange-flower water and rose water,

assessed with duty under the provision for medicinal preparations in paragraph 68, Tariff Act July 24, 1897, c. 11, § 1, Schedule A, 30 Stat. 154 [U. S. Comp. St. 1901, p. 1631]. This assessment was affirmed by the Board of General Appraisers, on the authority of Dodge v. U. S. (C. C.) 130 Fed. 624. The importers contended that the assessment should have been under the provision for unenumerated unmanufactured articles in section 6 of said act, 30 Stat. 205 [U. S. Comp. St. 1901, p. 1693]: and in the Circuit Court they introduced further evidence, from which it appeared without conflict that the floral waters in dispute had no medicinal uses whatever.

Comstock & Washburn (Albert H. Washburn, of counsel), for importers.

Charles Duane Baker, Asst. U. S. Atty.

PLATT, District Judge. The decision of the Board of General Appraisers is reversed.